The People of the State of New York, Respondent, v. Salvatore D'Aula, Appellant.—

No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.